UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| NORITA THOMPSON, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>LIFELINE HOMECARE, INC. and<br>JAMES T. WILSON<br><br><br>Defendants. | Civil Action No:<br>3:21-CV-402-GNS |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby advise the Court that all matters have been amicably resolved. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Complaint in Civil Action No. 3:21-CV-402-GNS, and any and all amendments thereto, and all claims in this action, however denominated, including asserted or unasserted counterclaims by Defendants against Plaintiffs, be, and the same are, hereby dismissed with prejudice in their entirety, each party to pay their own costs.

This is a final Order and there is no just cause for delay.

**AGREED TO BY:**

/s/ Robert J. Hunt
Robert J. Hunt
THE LAW OFFICE OF ROBERT J. HUNT, LLC
1905 South New Market Street, Ste. 168
Carmel, IN 46032
(317) 743-0614
(317) 743-0615 - fax
rob@indianawagelaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Kevin M. Norris
Kevin M. Norris
Smith and Smith Attorneys
400 North, First Trust Centre
200 South Fifth Street
Louisville, KY 40202
Telephone: 502.587.0761
kmn@smithandsmithattorneys.com

**ATTORNEYS FOR DEFENDANT**